IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON J. BRESSI, | No. 4:23-CV-00440 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA PAROLE BOARD, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 6th day of July 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. Plaintiff's motion for appointment of counsel (Doc. 6) is **DISMISSED** as moot in light of paragraph one above.

3. Plaintiff shall have 21 days from the date of this Order to file an amended complaint in conformity with the accompanying Memorandum.

4. If no amended complaint is timely filed, dismissal of this case will convert to dismissal *with prejudice* and the Court will close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge