## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON J. BRESSI, | No. 4:23-CV-00440 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| COMMONWEALTH OF PENNSYLVANIA PAROLE BOARD, *et al.*, | |
| Defendants. | |

## <u>ORDER</u>

**AND NOW**, this 11th day of August 2023, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's amended complaint (Doc. 26) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted and because it is legally frivolous.

2. Plaintiff's motion for appointment of counsel (Doc. 27) is **DISMISSED** as moot in light of paragraph 1 above.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge